NORTH HOUSTON TX 770

06 FEB 2015 PM 7 L

Charles F. Davis #738349
Ellis Unit
1697 Fm 980
Huntsville, Tex 77343

District Clerks Office
Christopher A. Prine
First Court of Appeals
301 Fannin Street — Rm 245
Houston, Texas 77002-2066

77002206266

First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

date 2/2/2015
Charles Edward Davis
#738399
Ellis Unit
1697 F.M. 980
Huntsville, Tex 77343

RE: Case No. 01-14-00890-CR
    Case No. 01-14-00889-CR

To the First Court of Appeals, Clerk of the Courts.
I am writing to you concerning a legal issue.
I filed for a Writ of Mandamus, in November of 2014
I received a notice, stating it was filed in the Clerk
office on November 3, 2014. As of this date 2/2/2015
I haven't Received any notice, stating that my Writ
of Mandamus has been granted, or denied.
Can you update me on the status in this matter.
Your help will be greatly appriciated

Thank You, Charles E Davis

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 6 2015

CHRISTOPHER A. PRINE
CLERK